ALERT MESSENGER SERVICE, INC. v. DIVISION OF
UNEMPLOYMENT AND DISABILITY INSURANCE.

June 9, 1987.

Petition for certification denied.

WESLEY K. BELL v. TOWNSHIP OF STAFFORD.

June 9, 1987.

Petition for certification granted.

INTERACTIVE LEARNING SYSTEMS v. JOHNSON & JOHNSON
HOSPITAL SERVICES DIVISION.

June 9, 1987.

Petition for certification denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL
OF CHESTER MARCHITTO, DECEASED.

June 9, 1987.

Petition for certification denied.